**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**(CAMDEN VICINAGE)**

| | |
|---|---|
| TYQUAN FELDER,<br>*Plaintiff,*<br>vs.<br>CAESARS ATLANTIC CITY HOTEL & CASINO and CAESARS ATLANTIC CITY, LLC and CAESARS ENTERTAINMENT CORPORATION d/b/a CAESARS ATLANTIC CITY and BOARDWALK REGENCY CORPORATION d/b/a CAESARS ATLANTIC CITY and XYZ CORPORATION 1-5 and ABC PARTNERSHIP 1-5 and JOHN DOE 1-5 and JANE DOE 1-5,<br>*Defendants.* | Civil Action: 1:21-cv-19586 |

**NOTICE OF REMOVAL**

Defendant, BOARDWALK REGENCY, LLC (improperly designated as "CAESARS ATLANTIC CITY HOTEL & CASINO and CAESARS ATLANTIC CITY, LLC and CAESARS ENTERTAINMENT CORPORATION d/b/a CAESARS ATLANTIC CITY and BOARDWALK REGENCY CORPORATION d/b/a CAESARS ATLANTIC CITY"), hereby gives notice to the Court, pursuant to 28 U.S.C. §1446(b) of the removal of this action which has been pending in the Superior Court of New Jersey, Law Division, Atlantic County under Docket No.: ATL-L-3163-21 (the State Action). The removal to this Court, Camden Vicinage, is proper for the reasons set forth below:

1. Plaintiff, TYQUAN FELDER is a citizen of the State of New Jersey. Defendant, BOARDWALK REGENCY, LLC (improperly designated as "CAESARS ATLANTIC CITY HOTEL & CASINO and CAESARS ATLANTIC CITY, LLC and CAESARS ENTERTAINMENT CORPORATION d/b/a CAESARS ATLANTIC CITY and BOARDWALK REGENCY CORPORATION d/b/a CAESARS ATLANTIC CITY"), is a limited liability company with a single member, Caesars New Jersey, LLC, which, itself, is a limited liability

company with a single member, Caesars World, LLC, which, itself, is a limited liability company with a single member, CEOC, LLC, which, itself, is a limited liability company with a single member, Caesars Resort Collection, LLC, which, itself, is a limited liability company with a single member, Caesars Growth Partners, LLC, which, itself, is a limited liability company with a single member, Caesars Holdings, Inc., which is a Delaware corporation, with its principal place of business located in Nevada.

2. This matter was originally filed in the Superior Court, Law Division, Atlantic County bearing docket number ATL-L-3163-21. **See Plaintiff's Complaint, attached as Exhibit "A"**.

3. Plaintiffs filed their Complaint against the Defendant to recover for injuries alleged to have been suffered as a result of an alleged physical altercation on October 17, 2019, at 2100 Pacific Avenue in Atlantic City, NJ. **See Exhibit "A"**.

4. This is a civil action of which the United States District Court has original jurisdiction pursuant to 28 U.S.C. §1332(a)(1) (diversity).

5. Pursuant to U.S.C. §1332(c)(1), a corporation shall be deemed to be a citizen of every State and foreign State by which it has been incorporated and the State or foreign State where it has its principal place of business.

6. This entire matter is one which may be removed to this Court by virtue of the provisions of 28 U.S.C. §1441(a) and in accordance with 28 U.S.C. §1446.

7. This court is one of proper venue pursuant to 28 U.S.C. §1391(a)(2) because the alleged violation occurred in the State of New Jersey.

8. Venue in the Camden vicinage is proper as the incident occurred at or near the main lobby of Caesars Atlantic City Hotel & Casino located in Atlantic City, New Jersey.

9. Pursuant to 28 U.S.C. §1446(d), a copy of this Notice of Removal has been filed with the Clerk of the Superior Court of New Jersey, Law Division, Atlantic County and written notice given to the Plaintiff.

10. This Court has original jurisdiction pursuant to 28 U.S.C. Section 1332 and, upon information and belief, the amount in controversy exceeds seventy-five thousand dollars ($75,000.00), exclusive of interest and costs. Plaintiff's has served a Statement of Damages claiming damages in excess of $3,000,000.00. **<u>See</u> Statement of Damages attached as Exhibit "B".**

11. Pursuant to 28 U.SC. 1446, a party has thirty (30) days from receiving notice that the amount in controversy exceeds $75,000 to remove the case to the United States District Court:

> *... if the case stated by the initial pleading is not removable, a notice of removal may be filed within 30 days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable.*

12. The instant Notice of Removal is being filed within that 30 day period and within the first year after the commencement of the action and is therefore timely in accordance with 28 U.S.C. 1446(b).

**WHEREAS**, the Defendant, ATLANTIC CITY HOTEL & CASINO and CAESARS ATLANTIC CITY, LLC and CAESARS ENTERTAINMENT CORPORATION d/b/a CAESARS ATLANTIC CITY and BOARDWALK REGENCY CORPORATION d/b/a CAESARS ATLANTIC CITY"), respectfully gives notice to this Court with the request for the removal of the

State Action in the Superior Court of New Jersey, Law Division, Atlantic County, to the United States District Court of New Jersey, Camden Vicinage.

Respectfully submitted,

**SWEENEY & SHEEHAN**

By: /s/ Giacomo F. Gattuso, Esquire

**Giacomo F. Gattuso, Esquire**
Attorney I.D. No.: 002291999
**Brian M. Dib, Esquire**
Attorney I.D. No.: 018402012
Attorneys for Defendant, **BOARDWALK REGENCY, LLC** (*improperly designated as "CAESARS ATLANTIC CITY HOTEL & CASINO and CAESARS ATLANTIC CITY, LLC and CAESARS ENTERTAINMENT CORPORATION d/b/a CAESARS ATLANTIC CITY and BOARDWALK REGENCY CORPORATION d/b/a CAESARS ATLANTIC CITY"*)

DATED: November 3, 2021